UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No: 7:10-CV-00051-DAN

| | |
|---|---|
| HARLEYSVILLE LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| -vs- | ) ORDER<br>) |
| RICHARD WAYNE HARRELSON, LINNIE BELL BRASWELL, DILLON DUBOISE, ORBIE LEE DUBOISE, PAUL DUBOISE, KATHRYN HINSON, KAY NEALEY, MARY STEVENS, and ESTATE OF JOYCE GAIL HARRELSON DUBOISE, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

This matter comes before the Court on the Motion of Defendants Linnie Bell Braswell, Dillon Duboise, Orbie Lee Duboise, Paul Duboise, Kathryn Hinson, Kay Nealey, and Mary Stevens (the "Defendant Siblings") for distribution of funds held on deposit with the Registry of the Clerk of this Court. Upon consideration of the motion of Defendant Siblings, and for good cause shown, the court finds that the motion should be granted.

Therefore, IT IS HEREBY ORDERED that the motion of the Defendant Siblings is GRANTED. IT IS FURTHER ORDERED that:

1. The Clerk shall dispense from its Registry the sum of $57,500, together with such interest as may have accrued thereon, by check payable to "Garner & Williamson, Attorneys, Trust Account", 111 Courthouse Square, Troy, North Carolina 27371.

2. Counsel for the Defendant Siblings is directed to hold such sum in trust for distribution in equal shares to the Defendant Siblings or their legal representatives, net of agreed attorneys' fees.

SO ORDERED, this 11th day of October, 2011.

DAVID W. DANIEL
United States Magistrate Judge