UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| HARLEYSVILLE LIFE INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>RICHARD WAYNE HARRELSON, LINNIE BELL BRASWELL, DILLON DUBOISE, ORBIE LEE DUBOISE, PAUL DUBOISE, KATHRYN HINSON KAY NEALEY, MARY STEVENS and ESTATE OF JOYCE GAIL HARRELSON DUBOISE,<br>    Defendant | **JUDGMENT**<br><br>No. 7:10-CV-51-DAN |

**Decision by Court.**
**This case came before the Honorable David W. Daniel, United States Magistrate Judge for consideration of the motion for distribution of funds.**

**IT IS ORDERED, ADJUDGED AND DECREED the motion of the Defendant Siblings is granted and the Clerk shall dispense from its registry the sum of $57,500.00, together with such interest as may have accrued thereon.**

**IT IS FURTHER ADJUDGED counsel for the Defendant Siblings is directed to hold such sum in trust for distribution in equal shares to the Defendant Siblings or their legal representative, net of agreed attorneys' fees.**

This Judgment Filed and Entered on October 11, 2011 with service on:

James Richard Holland (via cm/ecf Notice of Electronic Filing)
Curtis Michael Thompson (via cm/ecf Notice of Electronic Filing)
John Alan High (via cm/ecf Notice of Electronic Filing)

Date October 11, 2011

DENNIS P. IAVARONE, CLERK
/s/ Delsia Heath
(By): Delsia Heath, Deputy Clerk